WEST, LONGENBAUGH SPANIER
& ZICKERMAN, P.L.L.C.
310 S. Williams Blvd., Ste. 250
Tucson, AZ 85711
PHONE (520) 790-7337
FAX (520) 748-0852
marco@welzaz.com

**Marco Costa**
State Bar of Arizona No. 031915
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VALMET ENGINEERING PRIVATE LTD; A CORPORATION ORGANIZED UNDER THE LAWS OF INDIA; SUBRAMONI PADMANABHAN HARIHARAN, A CITIZEN OF INDIA, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> SWAMINATHAN SUBRAMANIAN AND UMAMAHESWARI GANESAN, HUSBAND AND WIFE; AND NATHAN CONSULTING, LLC DBA ABSOLUTE TURNING & MACHINE, A LIMITED LIABILITY COMPANY ORGANIZED UNDER THE LAWS OF ARIZONA, <br><br> Defendants/Counter-Plaintiffs. | Case No.: 4:19-CV-00457-BGM <br><br><br> **APPLICATION TO WITHDRAW AS COUNSEL WITH CONSENT** <br><br><br> Assigned to: Hon. Bruce G. Macdonald |

COMES NOW the undersigned, MARCO COSTA, for the firm of West, Longenbaugh, Spanier, and Zickerman, P.L.L.C., attorney for Defendants/Counter-Plaintiffs, SWAMINATHAN SUBRAMANIAN AND UMAMAHESWARI GANESAN AND NATHAN CONSULTING, LLC DBA ABSOLUTE TURNING & MACHINE, and pursuant to LR Civ. 83.3(b), moves the Court to allow him to withdraw as attorney of record for the following reasons: Client has requested that undersigned take no further action in this matter.

1

Pursuant to LR Civ. 83.3(b), Defendants/Counter-Plaintiffs have been advised that there is no date settled for trial at this moment.

Defendants/Counter-Plaintiffs are aware of the status of the case.

Defendants/Counter-Plaintiffs last known address is 11100 N Eagle Crest Dr., Oro Valley, AZ 85737, phone number 602-418-2171.

DATED this 21st day of April 2021.

> WEST, LONGENBAUGH,
> SPANIER & ZICKERMAN, P.L.L.C.
>
> By: /s/ Marco Costa
> MARCO COSTA
> Attorney for Defendants/Counter-Plaintiffs

[Defendants/Counter-Plaintiffs' consent on the next page]

## CONSENT

Defendants/Counter-Plaintiffs, SWAMINATHAN SUBRAMANIAN AND UMAMAHESWARI GANESAN AND NATHAN CONSULTING, LLC DBA ABSOLUTE TURNING & MACHINE, hereby approve and consent to the foregoing Application to Withdraw by their attorney of record.

Defendants/Counter-Plaintiffs have been advised that there is no date settled for trial at this moment.

Defendants/Counter-Plaintiffs are aware of the status of the case.

Defendants/Counter-Plaintiffs have been advised to seek other legal counsel to eventually continue representation in this matter.

DATED this 20th day of April 2021.

_____          _____
SWAMINATHAN SUBRAMANIAN                   UMAMAHESWARI GANESAN

_____
NATHAN CONSULTING, LLC DBA ABSOLUTE TURNING & MACHINE

**RESPECTFULLY SUBMITTED** this _____ day of _____, 2021.

WEST, LONGENBAUGH SPANIER
& ZICKERMAN, P.L.L.C.

By: _____
Marco Costa
Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the __21__ day of __April__ 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeanna Chandler Nash, Esq.
Udall Law Firm, LLP
4801 E Broadway Blvd, Ste 400
Tucson, AZ 85711-3638
JChandler@udalllaw.com

Marco Costa, Esq.
Arizona bar number 031915
Attorney for Defendants and Counter-Plaintiffs
West, Longenbaugh, Spanier & Zickerman,
Attorneys at Law
310 S Williams Blvd., Suite 250
Tucson, AZ 85711
Phone: 520-790-7337
Fax: 520-748-0852
marco@welzaz.com

4

**WEST, LONGENBAUGH,**
**SPANIER & ZICKERMAN, P.L.L.C.**
310 S. Williams Blvd., Ste. 250
Tucson, AZ 85711
PHONE (520) 790-7337
FAX (520) 748-0852
marco@welzaz.com

**Marco Costa**
State Bar of Arizona No. 031915
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VALMET ENGINEERING PRIVATE LTD; A CORPORATION ORGANIZED UNDER THE LAWS OF INDIA; SUBRAMONI PADMANABHAN HARIHARAN, A CITIZEN OF INDIA, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> SWAMINATHAN SUBRAMANIAN AND UMAMAHESWARI GANESAN, HUSBAND AND WIFE; AND NATHAN CONSULTING, LLC DBA ABSOLUTE TURNING & MACHINE, A LIMITED LIABILITY COMPANY ORGANIZED UNDER THE LAWS OF ARIZONA, <br><br> Defendants/Counter-Plaintiffs | Case No.: 4:19-CV-00457-BGM <br><br> **ORDER RE: APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD** <br> **(With Consent)** <br><br> Assigned to: Hon. Bruce G. Macdonald |

This matter having come before this Court on an Application to Withdraw as Attorney of Record and, it appearing on the Application that the Defendants having signed their consent, and good cause appearing;

IT IS ORDERED granting the Application to Withdraw. MARCO COSTA, of the law firm WEST, LONGENBAUGH, SPANIER & ZICKERMAN, P.L.L.C., is permitted to withdraw from the above-captioned case as attorney of record for Defendants/Counter-Plaintiffs.

DATED this _____ day of _____, 2021.

                                              HON. BRUCE G. MACDONALD
                                              UNITED STATES MAGISTRATE JUDGE